UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
17 MAR 17 AM 9:18
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

SCOTT S ROENIGK ,)
)
Plaintiff, )
)
vs. )  Cause No.
ONEAMERICA RETIREMENT SERVICES LLC )
,) **1:17-cv-0814 JMS -TAB**
Defendant. )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant ONEAMERICA RETIRE for discrimination as set forth below.

Plaintiff ___ DOES  X  DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name and Address   SCOTT S ROENIGK
3524 IDLEWOOD PKWY APT 302
INDIANAPOLIS, IN 46214

Defendant's Name and Address   ONEAMERICA RETIREMENT SERVICES LLC
ONE AMERICAN SQUARE
PO BOX 368
INDIANAPOLIS, IN 46206-0368

### II. JURISDICTION

1. This complaint is brought pursuant to:

    _____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

    _____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and

jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

__X___   The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____   The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____   Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____   Other (list): _____

2.  Plaintiff __X__ DID ____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3.  Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about MARCH 9, 2017 (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

## III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

DEFENDANT DISCRIMINATED AGAINST PLAINTIFF BASED ON A MENTAL ILLNESS.

THE PLAINTIFF WAS WRONGFULLY TERMINATED AFTER HE REQUESTED A

REASONABLE ACCOMMODATION.  IT WAS DENIED WITHOUT CONSIDERATION.

## IV. FACTS IN SUPPORT OF COMPLAINT

PLAINTIFF WAS A DEPENDABLE, EFFECTIVE, AND RESPONSIBLE EMPLOYEE.

JOB TITLE WAS PARTICIPANT SERVICES REPRESENTATIVE FOR ONEAMERICA

RETIREMENT SERVICES. ANSWERED INQUIRIES IN THE INBOUND CALL CENTER.

I HAVE A DISABILITY CALLED BIPOLAR DISORDER. DOCTORS FIRST DIAGNOSED

ME WITH MENTAL ILLNESS IN 1984 AFTER DISCHARGE FROM US MARINE CORPS.

THE DEFENDANT FAILED T0 ACCEPT THE FACT THAT I HAD A DISABILITY.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

RATE OF PAY $17.75/HR X 40 HOURS X 13 WEEKS OF COMPENSATION: $9,230.

DATE OF TERMINATION: 1/25/16. DATE OF HIRE NEW JOB: 4/25/16.

COURT FILING COSTS: $400.

REGISTERED US MAIL: $10.

TOTAL: $9,640.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this __17__ day of __MARCH__, 20__17__.

_Scott S. Roenigk_
(Signature of Plaintiff)