**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **SCOTT S. ROENIGK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 1:17-cv-0814-JMS-TAB** |
| | ) | |
| **AMERICAN UNITED LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Dismissal with prejudice acknowledged.
JMS, CJ, 11-3-17
Distribution via U.S. Mail to Plaintiff and
by ECF to Defendant's counsel.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, *pro se*, and Defendant, by counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action be dismissed in its entirety, with prejudice. Each party will pay their own attorneys' fees, costs and expenses.

Respectfully submitted,

*s/ Emmanuel V.R. Boulukos*
Emmanuel V.R. Boulukos, Atty. No. 27749-53
Justin P. Spack, Atty. No. 30141-49
Attorneys for Defendants
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100
Fax: (317) 236-2219
Emmanuel.Boulukos@icemiller.com
Justin.Spack@icemiller.com

*s/ Scott S. Roenigk*
Scott S. Roenigk
Plaintiff
3524 Idlewood Parkway, Apt. 302
Indianapolis, IN  46214

I\12485119.1